MOLLY SPINDELL, Respondent, v. BROOKLYN JEWISH HOSPITAL, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.